## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

THOMAS DALTON BARNETT,

    Plaintiff,

v.

FORD MOTOR COMPANY,

    Defendant.

Case No.: 3:24-cv-00004-CWR-LGI

**JURY TRIAL DEMANDED**

## NOTICE OF SETTLEMENT

    Plaintiff, Thomas Dalton Barnett, hereby notifies the Court that the parties have reached a settlement as to all pending claims.

Dated: January 29, 2025

Respectfully submitted,

/s/ *Steven E. Nauman*
**ANDREW PARKER FELIX, ESQ.**
Florida Bar No.: 0685607 (admitted *pro hac vice*)
**STEVEN E. NAUMAN, ESQ.**
Florida Bar No.: 106126 (admitted *pro hac vice*)
**Morgan & Morgan, P.A.**
20 North Orange Avenue, Suite 1600
Orlando, FL 32801
Telephone: (407) 244-3962
Email: andrew@forthepeople.com
Email: snauman@forthepeople.com
Secondary Email: kdimeglio@forthepeople.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 29, 2025, the foregoing document was filed with the Court's CM/ECF system, which will cause a notice of electronic filing to be served on all counsel of record.

/s/ *Steven E. Nauman*
**ANDREW PARKER FELIX, ESQ.**
Florida Bar No.: 0685607 (admitted *pro hac vice*)
**STEVEN E. NAUMAN, ESQ.**
Florida Bar No.: 106126 (admitted *pro hac vice*)
**Morgan & Morgan, P.A.**
20 North Orange Avenue, Suite 1600
Orlando, FL 32801
Telephone: (407) 244-3962
Email: andrew@forthepeople.com
Email: snauman@forthepeople.com
Secondary Email: kdimeglio@forthepeople.com
*Counsel for Plaintiff*